**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax: (702) 870-1846
E-mail: kevinh@hanrattylawgroup.com
Attorneys for Plaintiff, Steven J. Darnell

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN J. DARNELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Foreign Corporation, JOHN OR JANE DOE EMPLOYEE I, a Nevada Resident, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No:   2:22-cv-01268-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE REGARDING [5] MOTION TO REMAND TO STATE COURT** |

COMES NOW Plaintiff STEVEN J. DARNELL, ("Plaintiff") by and through his counsel Kevin M. Hanratty, Esq. of the law firm HANRATTY LAW GROUP, and STARBUCKS CORPORATION ("Defendant") by and through their counsel Lew Brandon, Esq. of BRANDON | SMERBER LAW FIRM, and hereby stipulate to extend the deadline to reply to Defendant's Response to [5] Motion to Remand to State Court in the above-entitled matter as follow:

**THE PARTIES HEREBY STIPULATE** to the following:

That the current deadline for Plaintiff to file his Reply to Defendant's Response to [5] Motion to Remand to State Court currently due on September 1, 2022 be extended until **September 8, 2022**;

1

That the reason for the request to extend the deadline for Plaintiff to file his Reply to Defendant's Response to [5] Motion to Remand to State Court currently due on September 1, 2022 to **September 8, 2022**, is due to Plaintiff's Counsel Kevin M. Hanratty, Esq. being currently out of the Country until after Labor Day.

DATED this 26th day of August, 2022.         DATED this 26th day of August, 2022.

**HANRATTY LAW GROUP**                       **BRANDON | SMERBER LAW FIRM**

By: */s/: Kevin M. Hanratty, Esq.*           By: */s/: Lew Brandon, Jr. Esq.*
   Kevin M. Hanratty, Esq.                      Lew Brandon, Esq.
   Nevada Bar No. 7734                           Nevada Bar No. 5880
   1815 Village Center Circle, Ste. 140          Jeffrey J. Orr, Esq.
   Las Vegas, Nevada 89134                       Nevada Bar No. 7854
   Attorneys for Plaintiff                       Justin Pasquale, Esq.
   *Steven J. Darnell*                           Nevada Bar No. 15079
                                                 139 E. Warm Springs Road
                                                 Las Vegas, Nevada 89119
                                                 Attorneys for Defendant
                                                 *Starbucks Corporation*

**IT IS SO ORDERED.**

Dated this __26__ day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2